

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-21-00047-CV

**IN RE STEVENS TANKER DIVISION, LLC, AND RICHARD R. SMITH**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI15600
Nicole Garza, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

Relators' petition and emergency motion for a stay are DENIED. An opinion will be forthcoming.

It is so **ORDERED** on this 12th day of February, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court